George McNealy, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court of Calhoun County.

Writ of Error dismissed on motion of Attorney General.

No appearance for Plaintiff in Error;

T. F. West, Attorney General, for Defendant in Error.